Lee I. Towsley, Appellant, v. Beaunit Mills, Inc., Third Party Plaintiff, and Respondent. Lincoln Rochester Trust Company, Third Party Defendant and Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint against defendant Beaunit Mills and dismisses the complaint of Beaunit Mills against Lincoln Rochester Trust Company in an action to compel issuance of corporate stock.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

The People of the State of New York ex rel. Edward Schlecter, Appellant, against John F. Foster, as Warden of Auburn State Prison, Respondent. — Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator to the custody of defendant.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball. [190 Misc. 696.]

The People of the State of New York, Respondent, v. Essie Thompson, Appellant, et al., Defendants.— Judgment of conviction and orders affirmed. All concur. (The judgment convicts defendant Thompson of the crime of robbery, first degree. The orders denied: [1] Defendant's motion for a new trial, and [2] defendant's motion in arrest of judgment.) Present — Taylor, P. J., McCurn, Larkin, Vaughan and Kimball, JJ.

William C. Kennett et al., Respondents, v. Kathryne R. Moore et al., Appellants, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur; Larkin, J., not voting. (The order denies defendants' motion to dismiss the complaint and for summary judgment in an action to compel specific performance.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

In the Matter of Anna E. Morse et al., Appellants, against Fred W. Ereth, as Purchasing Agent for the City of Rochester, et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order dismisses a petition on the grounds that the petitioners do not have legal capacity to sue and that the petition does not state facts sufficient to constitute a cause of action, in a proceeding to review the action of respondents in the letting of a snow removal contract.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ. [See *post*, p. 944.]

In the Matter of the Petition of the Jamestown Bar Association.— Order of reference entered. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.